# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERKCLES PYATT, individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs,<br>v.<br>TECHSOL, LLC, f/k/a TECHNOLOGY SOLUTIONS, INC.,<br>　　　　Defendant. | Case No. 5:16-cv-02619-JAK-SP<br><br>**JUDGMENT**<br><br>JS-6 |

Pursuant to the offer of judgment and plaintiff's acceptance, judgment is entered against TechSol, LLC, f/k/a Technology Solutions, Inc. in the amount of **$35,000**, and attorney fees and costs of **$12,000**. Payment is due within 15 days of entry of this order. Upon payment, the case is dismissed with prejudice.

SO ORDERED this 6th day of September, 2017.

　　　　　　　　　　　／s／ John A. Kronstadt
_____
Honorable John A. Kronstadt
United States District Judge

1